UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:05-0203 |
| | CIVIL ACTION NO. 3:12-0207 |
| -vs- | JUDGE DRELL |
| CHRISTOPHER R. WILLIS | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed, and having determined that the findings and recommendation are correct under the applicable law, we adopt the findings and recommendation subject only to the modification specified below;

IT IS ORDERED that the Clerk of Court REINSTATE Petitioner's judgment of conviction and sentence on this Court's docket as of November 18, 2013, that date representing the date from which the time for filing a notice of direct appeal shall run.

IT IS FURTHER ORDERED that the Motion to Vacate under 28 U.S.C. § 2255 (Document No. 151) is hereby DISMISSED WITHOUT PREJUDICE.

SIGNED on this 28 day of October, 2013 at Alexandria, Louisiana.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT